IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

|                           |   |                        |
|---------------------------|---|------------------------|
| RENATO V. BORDERS,        | * |                        |
| Petitioner,               | * |                        |
| vs.                       | * | CASE NO.4:96-CR-65-CDL |
| UNITED STATES OF AMERICA, | * |                        |
| Respondent.               | * |                        |

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 25, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

The Court also agrees with the Magistrate Judge's Recommendation that a Certificate of Appealability is not appropriate, and therefore, one shall not be issued.

IT IS SO ORDERED, this 31st day of October, 2013.

s/Clay D. Land<br>
CLAY D. LAND<br>
UNITED STATES DISTRICT JUDGE